# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LATASHA TURNER | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1897-S-BK |
| | § | |
| BANK OF AMERICA, N.A. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's claims for common low conversion and violations of 42 U.S.C. § 1981, the Electronic Funds Transfer Act, and Texas Business and Commerce Code § 17.50(a) are **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

SIGNED February 2, 2024.

**UNITED STATES DISTRICT JUDGE**